56

GURTZ ELECTRIC COMPANY, Plaintiff-Appellant, *v.* MARTIN KAMENIR, Defendant—(PREMIER ELECTRICAL CONSTRUCTION COMPANY, Garnishee-Employer-Appellee.)

(No. 57202;

First District (5th Division)—February 9, 1973.

PER CURIAM.

Arthur Rosenblum, of Chicago, for appellant.

A. Denison Weaver, of Chicago, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES TERRELL, Defendant-Appellant.

(No. 56771;

First District (5th Division)—December 29, 1972.